758

No. 391. NASH *v.* RAUN. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John B. Brooks* for petitioner. *Messrs. Franklin B. Hosbach* and *Thomas D. Caldwell* for respondent.

No. 394. HUFFMAN *v.* HOME OWNERS' LOAN CORPORATION. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Price Wickersham* and *Clay C. Rogers* for petitioner. *Acting Solicitor General Judson, Messrs. Harold Lee* and *Charles M. Miller* for respondent.

No. 395. NEWTON ET UX. *v.* GLENN ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. T. J. Wills* and *Jeff Busby* for petitioners. *Messrs. Thomas C. Hannah, Edward P. Russell* and *M. M. Roberts* for respondents.

No. 396. SALMON & COWIN, INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Horace C. Wilkinson* and *Borden Burr* for petitioner. *Acting Solicitor General Judson, Misses Ruth Weyand* and *Margaret M. Farmer* for respondent.

No. 401. GRANIERI *v.* SCHRAMM. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Nat L. Hardy* for